**No. 39955.**—Protests 623140–G, etc., of Alfred Dunhill of London, Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of boxes, bookends, and atomizers chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.